UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**NICOLE DORSAINVIL,**

Plaintiff,

v.                                                      Case No.  6:25-cv-559-CEM-UAM

**PAYCHEX NORTH AMERICA INC.,**

**Defendant.**
_____/

<u>**NOTICE OF APPEARANCE AND DESIGNATION OF E-MAIL ADDRESSES**</u>

PLEASE TAKE NOTICE that the undersigned hereby appears as Attorney of Record on behalf of Plaintiff, NICOLE DORSAINVIL, in the above-styled cause.  The undersigned requests that copies of all pleadings, notices, correspondence, and communications of any type, be furnished to her in accordance with Florida Rule of Judicial Administration 2.516 to:

Primary e-mail address:            pmh@rgph.law
Secondary e-mail addresses:   niuri.reyes@rgph.law

Dated: May 29, 2025                           Respectfully submitted,

<u>/s/: *Peter M. Hoogerwoerd*</u>
Peter M. Hoogerwoerd, Esq.
Fla. Bar No.: 0188239
Email: pmh@rgph.law
***REMER, GEORGES-PIERRE & HOOGERWOERD, PLLC***
2745 Ponce de Leon Blvd.
Coral Gables, FL  33134
Telephone:  305-416-5000

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of May, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system. I further certify that the foregoing document was served on all counsel of record and/or pro se parties via transmission of Notices of Electronic Filing generated by the CM/ECF system, or by other authorized means for those not registered to receive electronic filings.

*/s/: Peter M. Hoogerwoerd*
Peter M. Hoogerwoerd, Esq.
Fla. Bar No.: 0188239
Email: pmh@rgph.law
***REMER, GEORGES-PIERRE &***
***HOOGERWOERD, PLLC***
2745 Ponce de Leon Blvd.
Coral Gables, FL  33134
Telephone:  305-416-5000
