UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NICOLE DORSAINVIL,

    Plaintiff,

v.                                         Case No.  6:25-cv-559-CEM-UAM

PAYCHEX NORTH AMERICA INC.,

    Defendant.
_____/

**PLAINTIFF'S OMNIBUS RESPONSE TO ORDER TO SHOW CAUSE AND NOTICE OF NON-OPPOSITION TO MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS**

    Plaintiff, NICOLE DORSAINVIL, hereby files her Omnibus Response to Order to Show Cause [ECF 25] and Notice of Non-Opposition to Defendant's Motion to Compel Arbitration and to Stay Proceedings [ECF 24]. Plaintiff consents to a stay of the instant proceedings in favor of arbitration. Plaintiff respectfully asks the Court to be relieved of the Court's Order to file a Case Management Report due to the instant matter being submitted to arbitration in accordance with the arbitration agreement between the parties ECF 24-1].

Dated: August 20, 2025                           Respectfully submitted,

                                                    */s/: Peter M. Hoogerwoerd*
                                                    Peter M. Hoogerwoerd, Esq.
                                                    Fla. Bar No.: 0188239
                                                    Email: pmh@rgph.law
                                                    ***REMER, GEORGES-PIERRE & HOOGERWOERD, PLLC***
                                                    2745 Ponce de Leon Blvd.
                                                    Coral Gables, FL  33134
                                                    Telephone:  305-416-5000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this August 20, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system. I further certify that the foregoing document was served on all counsel of record and/or pro se parties via transmission of Notices of Electronic Filing generated by the CM/ECF system, or by other authorized means for those not registered to receive electronic filings.

                                                 */s/: Peter M. Hoogerwoerd*
                                                 Peter M. Hoogerwoerd, Esq.
                                                 Fla. Bar No.: 0188239
                                                 Email: pmh@rgph.law
                                                 ***REMER, GEORGES-PIERRE &***
                                                 ***HOOGERWOERD, PLLC***
                                                 2745 Ponce de Leon Blvd.
                                                 Coral Gables, FL  33134
                                                 Telephone:  305-416-5000