UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**NICOLE DORSAINVIL,**

       **Plaintiff,**

v.                                Case No. 6:25-cv-559-CEM-NWH

**PAYCHEX NORTH AMERICA INC.,**

       **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Corrected Motion to Compel Arbitration (Doc. 24). The United States Magistrate Judge issued a Report and Recommendation (Doc. 27), recommending that the Motion be granted.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 27) is **ADOPTED** and made a part of this Order.

2. The Corrected Motion to Compel Arbitration (Doc. 24) is **GRANTED**.

3. **On or before December 31, 2025**, Plaintiff shall initiate arbitration.

4. Also **on or before December 31, 2025,** and **every 180 days thereafter**, Plaintiff shall file a report as to the status of arbitration with the Court.

5. This case is otherwise **STAYED** pending the outcome of arbitration.

6. The Clerk is directed to administratively close this case.

**DONE** and **ORDERED** in Orlando, Florida on December 1, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record